

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allied North America Insurance
Brokerage of Texas, L.L.C.,

Vs. No. 11-13-00249-CV

Diamond Pump & Transport, LLC
and The Insurance Company of the
State of Pennsylvania

\* From the 70th District
 Court of Ector County,
 Trial Court No. A-126,966-A.

\* August 31, 2015

\* Memorandum Opinion by Wright, C.J.
 (Panel consists of: Wright, C.J.,
 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Allied North America Insurance Brokerage of Texas, L.L.C.